ACCEPTED
06-15-00060-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/10/2015 1:30:11 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00060-CV

## THE STATE OF TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/10/2015 1:30:11 PM
DEBBIE AUTREY
Clerk

## COURT OF APPEALS

## SIXTH DISTRICT OF TEXAS AT TEXARKANA

=====

### SHARLEEN WILSON ALLEN, *Appellant*

### v.

### BYRON WILSON, *Appellee*

=====

## NOTICE OF APPEARANCE OF COUNSEL

=====

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Scott Smith and enters his appearance as attorney of record for Byron Wilson, Appellee.

Respectfully submitted,

By: _____
Scott Smith
State Bar Number 18688900
120 South Crockett Street
P.O. Box 354
Sherman, Texas 75091-0354
e-mail smithlaw@airmail.net
Facsimile (903) 870-1446
Telephone (903) 868-8686

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was served by efile, on this September 10, 2015.

_____
Scott Smith

i